UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
MICHAEL BOISVERT               }         CASE NO. 15-90297-BHL-13
CHRYSTAL D. BOISVERT           }
        DEBTORS                }

## MOTION TO MODIFY DEBTORS' CHAPTER 13 PLAN

Come now the above-captioned Debtors by Counsel, and files his Motion to Modify Debtors' Chapter 13 Plan. In support of this Motion, Counsel for the Debtors state as follows:

1. Counsel for the Debtors received correspondence from the Chapter 13 Trustee which stated that the Debtors' plan was not feasible based upon a claim filed by JPMorgan Chase Bank.

2. The Debtors propose to allow the secured claim held by JPMorgan Chase Bank in the amount of $189.12 for property inspection fees.

WHEREFORE, the Debtors, by Counsel, request the Court to modify their plan by allowing said claim; the Debtors' plan payments shall remain the same.

Dated this  31st  day of  August , 2015.

KOEHLER LAW OFFICE

By: _____
Lloyd E. Koehler
Attorney No. 15669-98
William P. Harbison
Attorney No. 27139-53
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

/s/ Michael Boisvert
MICHAEL BOISVERT

/s/ Chrystal D. Boisvert
CHRYSTAL D. BOISVERT

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 31 day of August, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 31 day of August, 2015 to all parties attached hereto:

WILLIAM P. HARBISON

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 15-90297-BHL-13<br>Southern District of Indiana<br>New Albany<br>Mon Aug 31 14:01:54 EDT 2015 | JPMorgan Chase Bank, National Association<br>Nelson & Frankenberger, P.C.<br>c/o: Fredric Lawrence<br>3105 E. 98th Street, Suite 170<br>Indianapolis, IN 46280-2007 | American InfoSource LP as agent for<br>Norton Healthcare<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| American InfoSource LP as agent for<br>St. Vincent Hospital<br>as assignee of St Vincent Salem Hospital<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | CAP ONE<br>POB 30281<br>SALT LAKE CITY, UT 84130-0281 | CB/GOODYS<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| CBCS<br>PO Box 163279<br>Columbus, OH 43216-3279 | CHASE<br>PO BOX 24696<br>COLUMBUS, OH 43224-0696 | CREDITONEBNK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Comprehensive Foot & Ankle Center<br>1239 E. 4th St. Rd.<br>Seymour, IN 47274-1839 | Express Scripts<br>PO Box 790227<br>Saint Louis, MO 63179-0227 |
| FIRST HARRIS<br>710 MAIN ST.<br>PALMYRA, IN 47164-8895 | FRSTSRCE ADV<br>1232 W STATE ROAD<br>LA PORTE, IN 46350 | First Harrison Bank<br>P.O Box 130<br>Corydon, IN 47112-0130 |
| IMC CREDIT<br>6955 HILLSDALE COU<br>INDIANAPOLIS, IN 46250-2054 | IMC Credit Services<br>POB 20636<br>Indianapolis, IN 46220-0636 | Indiana Physician Management - Salem, LL<br>7007 Solutions Center<br>Chicago, IL 60677-7000 |
| Indiana Physician Management -Salem, LLC<br>7007 Solution Center<br>Chicago, IL 60677-7000 | JPMorgan Chase Bank, N.A.<br>3415 Vision Drive<br>OH4-7142<br>Columbus, OH 43219-6009 | Koehler Law Office<br>400 Pearl St, Ste 200<br>New Albany, IN 47150-3451 |
| LEROYS JEWLR<br>375 GHENT RD<br>AKRON, OH 44333-4601 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MPCS<br>5055 NEWBURGH PLAZ<br>PO BOX 1116<br>NEWBURGH, IN 47629-1116 |
| Med-1 Solutions, LLC<br>517 US Hwy. 31 N<br>Greenwood, IN 46142-3932 | Medical & Professional Collection Services,<br>PO Box 1116<br>Newburgh, IN  47629-1116 | Medical Services of America, Inc.<br>P. O. Box 890412<br>Charlotte, NC 28289-0412 |
| Medical and Professional Collection<br>5055 Newburgh Plaza<br>Newburgh, IN 47629 | Mid America Clinical Labs<br>P. O. Box 740658<br>Cincinnati, OH 45274-0658 | Mid America Clinical Labs<br>PO Box 643522<br>Pittsburgh, PA 15264-3522 |

| | | |
|---|---|---|
| Northwest Radiology Network<br>13587 Collections Center Drive<br>Chicago, IL 60693-0135 | PARKCOMM FCU<br>6101 FERN VALLEY R<br>LOUISVILLE, KY 40228-1045 | PERSONAL FIN<br>505 S MAIN STREET<br>PO BOX 13<br>SALEM, IN 47167-0013 |
| Park Community Federal Credit Union<br>P.O. Box 18630<br>Louisville, KY 40261-0630 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sterling Jewelers Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/WALMAR<br>PO BOX 965024<br>EL PASO, TX 79998 | St. Vincent Health<br>10330 N Meridian Street Suite 201<br>Indianapolis, IN 46290-1024 |
| St. Vincent Medical Group<br>P. O. Box 12812<br>Belfast, ME 04915-4040 | St. Vincent Medical Group<br>PO Box 14000<br>Belfast, ME 04915-4033 | St. Vincent Salem Hospital<br>P. O. Box 5763<br>Chicago, IL 60680-5763 |
| TEK COLLECT<br>POB 1269<br>COLUMBUS, OH 43216-1269 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Unit Con Fin<br>865 Bassett<br>Westlake, OH 44145-1194 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 | Vision First<br>4000 Poplar Level Road<br>Salt Lake City, UT 84101 |
| Chrystal D Boisvert<br>905 North High Street<br>Salem, IN 47167-1820 | Joseph M. Black Jr.<br>Office of Joseph M. Black, Jr.<br>PO Box 846<br>Seymour, IN 47274-0846 | Lloyd E Koehler5<br>400 Pearl Street Ste 200<br>New Albany, IN 47150-3451 |
| Michael Boisvert<br>905 North High Street<br>Salem, IN 47167-1820 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Park Community Federal Credit Union

End of Label Matrix
Mailable recipients   ~~51~~ 47
Bypassed recipients      1
Total                 ~~52~~ 48